IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.C.,                              *

        Petitioner,                *

vs.                                *      CASE NO. 4:22-CV-148-CDL-MSH

Warden RUSSELL WASHBURN,           *

        Respondent.                *

_____

O R D E R

After a de novo review of the record in this case, the Report
and Recommendation filed by the United States Magistrate Judge on
March 31, 2023 is hereby approved, adopted, and made the Order of
the Court.

The Court considered Petitioner's objections to the Report
and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 10th day of May, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA