IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HARRINGTON CAMPBELL,                    *

     Petitioner,          *

v.                                                      *  Case No.  4:22-cv-148-CDL-MSH

             *

RUSSELL WASHBURN,                        *

     Respondent.        *

_____        *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 10, 2023, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of May, 2023.

        David W. Bunt, Clerk


        s/ Elizabeth S. Long, Deputy Clerk